UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN ARMISTEAD, INDIVIDUALLY and KAREN ARMISTEAD as GUARDIAN AD LITEM FOR AYANNA BUNDY,<br><br>Plaintiffs,<br><br>vs.<br>CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY a/k/a NORFOLK SOUTHERN CORPORATION and CSX TRANSPORTATION, INC.,<br><br>Defendants. | CAMDEN VICINAGE<br><br>MASTER DOCKET NO. 1:13-cv-784 (RBK/KWM)<br><br>CIVIL ACTION<br><br>No.: 1:13-cv-02358-RBK-KMW |

**CORPORATE DISCLOSURE STATEMENT OF NORFOLK SOUTHERN RAILWAY COMPANY a/k/a NORFOLK SOUTHERN CORPORATION PURSUANT TO FED. R. CIV. P. 7.1**

The non-governmental corporate party, **NORFOLK SOUTHERN COMPANY a/k/a NORFOLK SOUTHERN CORPORATION,** in the above-listed civil action has the following parent corporation(s) that owns 10% or more of its stock: **Norfolk Southern Corporation.**

                                            Respectfully Submitted,

                                            */s/ Brett J. Lean*
                                            Brett J. Lean, Esquire
                                            New Jersey I.D. No.: 00490-2006
                                            BURNS WHITE LLC
                                            51 Haddonfield Road, Suite 140
                                            Cherry Hill, NJ 08002-4803
                                            Phone: (856) 382-6006
                                            Facsimile: (856) 382-6007
                                            Email: *bjlean@burnswhite.com*

                                            *Attorney for Defendant,*
                                            *Norfolk Southern Railway Company a//k/a*
                                            *Norfolk Southern Corporation*

Dated: May 16, 2013