# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE<br>PAULSBORO DERAILMENT CASES | MASTER DOCKET NO.:<br>13-CV-784 (RBK/KMW) |
| RAYMOND KENNEDY,<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL<br>CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 1:13-CV-4322 (RBK/KMW) |

## ORDER

This matter being opened to the Court by Brett J. Lean, Esquire, the attorney of record for Defendants, Consolidated Rail Corporation a/k/a Conrail, Norfolk Southern Railway Company a/k/a Norfolk Southern Corporation and CSX Transportation, Inc., to permit David A. Damico, Esquire, an attorney admitted to the practice of law in the Commonwealth of Pennsylvania, to participate with other counsel for Defendants,

It is on this 3rd day of September, 2013, **ORDERED** that David A. Damico, Esquire, be and hereby is admitted *pro hac vice* to appear and participate with other counsel for Defendants in the defense of this case.

In conjunction with his admission *pro hac vice*, Mr. Damico shall:

1. Pay the sum of $150.00 to the Clerk of this Court;

2. Pay the fees required by New Jersey Court Rule 1:28-2 within twenty (20) days of the date of this Order;

3. Immediately notify the Court of any matter affecting his standing at the bar of any other jurisdiction.

_____, J.