NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW) |
| CYNTHIA LORD, et al., Plaintiffs v. CONSOLIDATED RAIL CORPORATION, et al. Defendants. | Civil No. 12-7747 (RBK/KMW) (Doc. No. 20) **ORDER** |

**THIS MATTER** having come before the Court on the motion of Consolidated Rail Corporation, Norfolk Southern Railway Company, and CSX Transportation ("Defendants") to dismiss in part the Amended Complaint of Cynthia Lord, et al. ("Plaintiffs")[1], and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that the motion of Defendants to dismiss is **GRANTED** in part. Count VI is dismissed **WITH PREJUDICE**. The motion is **DENIED** as to Count IV.

---

[1] Because there are forty-two individual plaintiffs in this action, they are not named individually in this Order.

1

Dated: 11/04/2013                                             /s/ Robert B. Kugler
                                                             ROBERT B. KUGLER
                                                             United States District Judge