# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IN RE PAULSBORO DERAILMENT CASES | : | Master Docket No. 13-784 (RBK/KMW) |
| DAVID BELBIN, et al. | : | |
| Plaintiffs | : | Civil No. 13-5583 (RBK/KMW) |
|  | : | (Doc. No. 16) |
| v. | : | |
|  | : | **ORDER** |
| CONSOLIDATED RAIL CORPORATION, et al. | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon the motion of David Belbin, et al. ("Plaintiffs") to remand this case to the Superior Court of New Jersey, Gloucester County, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED**. Pursuant to 28 U.S.C. § 1447(c), this matter is **REMANDED** to the Superior Court of New Jersey, Law Division, Gloucester County.

Dated: 01/13/2014                               /s/ Robert B. Kugler
                                                ROBERT B. KUGLER
                                                United States District Judge