NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE PAULSBORO DERAILMENT CASES | : : : : : : : : : : | Master Docket No. 13-784 (RBK/KMW) (Doc. No. 325) |
| TONYA KIDD, et al.  Plaintiffs  v.  CONSOLIDATED RAIL CORPORATION, et al.  Defendants. | : : : : : : : : : : : | Civil No. 13-208 (RBK/KMW) (Doc. No. 87)  **ORDER** |

**THIS MATTER** having come before the Court upon the motion of Tonya Kidd, et al. ("Plaintiffs") to remand this case to the Superior Court of New Jersey, Gloucester County, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs shall file a Second Amended Complaint within 14 days of entry of this Order, which shall include allegations as to the

citizenship of all parties.  The complaint shall not otherwise be amended without leave of the Court.

Dated: 03/24/2014                                           /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge