<u>NOT FOR PUBLICATION</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES | Civil No. 13-784 (RBK/KMW) <br> (Doc. No. 274) |
| DONALD WILSON, et al., <br><br>               Plaintiffs <br><br> v. <br><br> CONSOLIDATED RAIL CORPORATION, et al., <br><br>               Defendants. | Civil No. 12-7586 (RBK/KMW) |
| OWEN HAYNES, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br>               Plaintiffs, <br><br> v. <br><br> CONSOLIDATED RAIL CORPORATION, et al., <br><br>               Defendants. | Civil No. 13-410 (RBK/KMW) |

| | |
|---|---|
| JOHN STEPHENSON AND TRACY LEE, IN THEIR OWN RIGHT AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, : : : : : | |
| Plaintiffs : | Civil No. 13-721 (RBK/KMW) |
| v. : : | |
| CONSOLIDATED RAIL CORPORATION, et al., : : | |
| Defendants. : | |
| DONALD WILSON, D/B/A DON'S BARBERSHOP : : : | |
| Plaintiff, : | Civil No. 13-761 (RBK/KMW) |
| v. : | **ORDER** |
| CONSOLIDATED RAIL CORPORATION, et al., : : : | |
| Defendants. : | |

**THIS MATTER** having come before the Court upon the motion of Consolidated Rail Corporation, Norfolk Southern Railway Company, and CSX Transportation, Inc. ("Defendants") to strike the class allegations from the Second Consolidated Class Action Amended Complaint in this matter, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion is **DENIED**.

2

Date: 4/8/2014                                          /s/ Robert B. Kugler
                                                                  ROBERT B. KUGLER
                                                                  United States District Judge