NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE PAULSBORO DERAILMENT CASES | : : : : : : : : : : : : : | Master Docket No. 13-784 (RBK/KMW)<br><br>12-7468 (Breeman)<br>12-7747 (Lord)<br>13-3350 (Everingham)<br>13-3244 (Morris)<br>13-4569 (Johnson)<br>13-5763 (Truluck)<br>13-7410 (Smith)<br><br>**ORDER** |

**THESE MATTERS** having come before the Court during the case status conference held on July 16, 2015 concerning the parties' <u>Motions in limine</u> to exclude certain experts;

**IT IS HEREBY ORDERED** that hearings concerning the <u>Motions in limine</u> to exclude the experts listed below will take place at the following dates and times before Judge Kugler in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101:

**Tuesday, August 4, 2015** at **9:30 A.M. –** Experts Stephen M. Timko (Doc. No. 734) and Carl F. Morey (Doc. No. 735);

**Wednesday, August 5, 2015** at **9:30 A.M.** – Experts Panos Georgopolous (Doc. No. 737), Greg Yarwood (Doc. No. 842), Lloyd Schulman and Christopher DesAutels (Doc. No. 846);

1

**Thursday, August 6, 2015** at **9:30 A.M.** – Experts Omowunmi Osinubi (Doc. Nos. 722, 724, 726, 728), David A. Raush (Doc. No. 731), Aly Cohen (Doc. No. 732), Lee Brooks (Doc. No. 747), and Robert Laumbach (Doc. Nos. 748, 749, 750, 751).

**IT IS HEREBY FURTHER ORDERED** that the parties' Joint Final Pretrial Orders shall be filed with the Court by **5:00 P.M.** on the **Wednesday** preceding the start of each Bellwether trial.

Dated: 7/16/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge