NOT FOR PUBLICATION                                    (Doc. Nos. 734, 735)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE PAULSBORO<br>DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW)<br><br>12-7468 (Breeman)<br>   (Doc. Nos. 145, 146)<br><br>12-7747 (Lord)<br>   (Doc. Nos. 140, 141)<br><br>13-3350 (Everingham)<br>   (Doc. Nos. 99, 100)<br><br>13-3244 (Morris)<br>   (Doc. Nos. 97, 98)<br><br>13-4569 (Johnson)<br>   (Doc. Nos. 95, 96)<br><br>13-5763 (Truluck)<br>   (Doc. Nos. 118, 119)<br><br>13-7410 (Smith)<br>   (Doc. Nos. 80, 81)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the Motions in limine of Defendants to exclude experts Stephen M. Timko (Doc. No. 734) and Carl F. Morey (Doc. No. 735); and the Court having considered the moving papers and responses thereto; and the Court having heard the arguments of the parties at the hearing held on this date; and for the reasons expressed on the record at the hearing;

1

2

**IT IS HEREBY ORDERED** that Defendants' motions are **GRANTED**.

Dated: 8/4/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge