NOT FOR PUBLICATION                                          (Doc. Nos. 737, 842, 846)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW) |
| | 12-7468 (Breeman) |
| | (Doc. Nos. 148, 174, 176) |
| | 12-7747 (Lord) |
| | (Doc. No. 143) |
| | 13-3350 (Everingham) |
| | (Doc. No. 102) |
| | 13-3244 (Morris) |
| | (Doc. No. 100) |
| | 13-4569 (Johnson) |
| | (Doc. No. 98) |
| | 13-5763 (Truluck) |
| | (Doc. No. 121) |
| | 13-7410 (Smith) |
| | (Doc. No. 83) |
| | **ORDER** |

**THIS MATTER** having come before the Court upon the Motion in limine of Defendants to exclude expert Panos Georgopolous (Doc. No. 737), and upon the Motions in limine of Plaintiffs to exclude expert Greg Yarwood (Doc. No. 842), Lloyd Schulman and Christopher DesAutels (Doc. No. 846); and the Court having considered the moving papers and responses

1

thereto; and the Court having heard the arguments of the parties and testimony of witnesses at the hearing held on August 5, 2015; and for the reasons expressed on the record at that hearing;

    **IT IS HEREBY ORDERED** that Defendants' motion is **DENIED**.

    **IT IS HEREBY FURTHER ORDERED** that Plaintiffs' motions are **DENIED**.

Dated: 8/6/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge