UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE | : | MASTER DOCKET NO.: |
| PAULSBORO DERAILMENT CASES | : | 13-CV-784 (RBK/KMW) |

| | | |
|---|---|---|
| **STACY HAMILTON,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | **CASE NO. 1:13-CV-3724 (RBK/KMW)** |
| | : | |
| vs. | : | |
| | : | |
| **CONSOLIDATED RAIL CORPORATION,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS

It is hereby stipulated and agreed by and between Plaintiffs, Stacy Hamilton, Jennifer Harris, Dazhane Davis and Sylvester Randall, and Defendants Consolidated Rail Corporation, Norfolk Southern Railway Company & CSX Transportation, Inc. (collectively, "Defendants"), that the Complaint and any and all claims against Defendants shall be, and hereby are DISMISSED WITH PREJUDICE.

/s/ David A. Damico
David A. Damico
BURNS WHITE LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

**Attorney for CSX Transportation, Inc.
and Consolidated Rail Corporation**

DATED: August 24, 2015

/s/ Telissa K. Lindsey
Law Offices of Telissa K. Lindsey, LLC
1 Eves Drive, Suite 111
Marlton, NJ 08053

**Attorney for Plaintiffs**

APPROVED BY THE COURT

this \_\_\_\_ day of _____, 2015

_____ J.