# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                  **DATE OF PROCEEDINGS:** 8/27/15

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                         **DOCKET NO.** Civ. #13-784

**TITLE OF CASE:**

IN RE: Paulsboro Train Derailment Cases

**APPEARANCES:**
Matthew Weng, Esq for pltf.
Mark Cuker, Esq. for pltf.
David Cedar, Esq. for pltf.
Michael Levin, Esq. for pltf.
Mark W. Ford, Esq. for pltf. Wileczek
Jeffrey A. Cohen, Esq. for deft. CTECH
Ralph Wellington, Esq. for defts.
Lisa Rodriguez, Esq. for defts.
David Damico, Esq. for defts.

**NATURE OF PROCEEDINGS:**

SETTLEMENT CONFERENCE HELD

                                                 s/Barbara Fisher
                                                    Deputy Clerk

Time Commenced: 1:45 PM     Time Adjourned: 3:50 PM