

Stuart J. Lieberman
Attorney at Law
SJL@LiebermanBlecher.com

Reply to Princeton Office

10 Jefferson Plaza | Suite 400 | Princeton | NJ | 08540
Telephone 732.355.1311  Facsimile 732.355.1310

845 Third Avenue | 6th Floor | New York | NY | 10022
Telephone 646.290.5121  Facsimile 646.290.5001
BY APPPOINTMENT ONLY

August 31, 2015

**VIA ECF**

Honorable Robert B. Kugler, U.S.D.J.
Mitchell Cohen U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

      RE:    *Individual Settlement Conferences*

              *Kidd, et al. v. Conrail, et al.*
              *Civil Action No. 12-cv-00208-RBK-KMW*

              *Paulsboro Derailment Cases*
              *Master Docket No.: 13-cv-00784 (RBK-KMW)*

Dear Judge Kugler:

    This firm represents Plaintiffs in the above-referenced *Kidd* matter. We are in receipt of Your Honor's August 27, 2015 letter to all counsel. It is our firm's understanding that no settlement conferences will be necessary in the *Kidd* matter, as Plaintiffs are in the process of finalizing settlements at this time. Several Plaintiffs are also currently the subject of a motion withdraw as counsel which is scheduled for September 18, 2015 before the Honorable Karen M. Williams, U.S.M.J.

    If you have any questions or concerns, please do not hesitate to contact the undersigned.

                        Respectfully,

                        /s/ Stuart J. Lieberman

                        Stuart J. Lieberman, Esq.
                        of LIEBERMAN & BLECHER, P.C.

SJL/skd

    cc:    Hon. Robert B. Kugler, U.S.D.J. (*courtesy copy via regular mail*)
           Hon. Karen M. Williams , U.S.M.J. (*courtesy copy via regular mail*)
           David Damico, Esq. (*via electronic mail*)