UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ   08101<br>856-757-5019 |

September 2, 2015

David M. Cedar, Esq.
CEDAR LAW FIRM
1908 Marlton Pike East
Cherry Hill, NJ   08003

IN RE:   PAULSBORO TRAIN DERAILMENT CASES
         Master Docket No:   13-784(RBK-KMW)

Dear Mr. Cedar:

Thank you for your letter of August 28, 2015.   I will hold settlement conferences in your 15 cases on September 9, 2015 (starting at 10:00 A.M.) and September 10, 2015.   You will select which plaintiffs will appear at which 30 minute time slot.   But please notify Mr. Damico 48 hours in advance so he may prepare for the settlement conference.   Please remind your clients that should they fail to appear, their claims are subject to dismissal.

Thank you.

                                        Very truly yours,


                                        s/Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge