UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IN RE<br>PAULSBORO DERAILMENT CASES | : : : | MASTER DOCKET NO.:<br>13-CV-784 (RBK/KMW) |
| MICHELLE TRULUCK, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION, *et al.*,<br><br>Defendants. | : : : : : : : : : : | CASE NO. 1:13-CV-5763 (RBK/KMW) |

## STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS

It is hereby stipulated and agreed by and between Plaintiffs, Shayona Krupa d/b/a Oven Door, Royal Food Mart and Nani, LLC d/b/a Burt's Liquor Store, and Defendants Consolidated Rail Corporation, Norfolk Southern Railway Company & CSX Transportation, Inc. (collectively, "Defendants"), that all claims asserted in the Second Amended Complaint by said plaintiffs shall be, and hereby are DISMISSED WITH PREJUDICE.

/s/ David A. Damico
David A. Damico
BURNS WHITE LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

**Attorney for CSX Transportation, Inc.
and Consolidated Rail Corporation**

DATED: September 3, 2015

/s/ Michael S. Levin
Adams Renzi Law
1429 Walnut Street
14th Floor
Philadelphia, PA 19102
(215) 546-4208
**Attorney for Plaintiff**

APPROVED BY THE COURT

this ____ day of _____, 2015

_____ J.