NOT FOR PUBLICATION                                          (Doc. No. 114)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IN RE: PAULSBORO DERAILMENT CASES | : | Master Docket No. 13–0784 |
|  | : | Civil No. 13–2357 (RBK/KMW) |
| Robert CANNING, Susan BOYLE, Kevin DOOLING, Margaret FIZUR, | : | **ORDER** |
| Plaintiffs, | : |  |
| v. | : |  |
| CONSOLIDATED RAIL CORPORATION, et al., | : |  |
| Defendants. | : |  |

**KUGLER**, United States District Judge:

THIS MATTER having come before the Court upon its Order to Show Cause why the complaint should not be dismissed (Doc. No. 114), and the Court having considered the moving papers and the arguments presented at the hearing on October 16, 2015, and for the reasons expressed on the record;

IT IS HEREBY ORDERED that Plaintiffs' Complaint is DISMISSED for lack of subject matter jurisdiction.


Dated:   10/16/2015                                          s/ Robert B. Kugler

                                                            ROBERT B. KUGLER

                                                            United States District Judge