NOT FOR PUBLICATION                                    (Doc. Nos. 199, 200, & 216)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| _____ : | | |
| IN RE: PAULSBORO DERAILMENT : | Master Docket No. 13–0784 | |
| CASES : | | |
| : | Civil No. 12–7468 (RBK/KMW) | |
| Alice BREEMAN, et al., : | | |
| : | **ORDER** | |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| CONSOLIDATED RAIL : | | |
| CORPORATION, et al., : | | |
| : | | |
| Defendants. : | | |
| _____ : | | |

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon its Order to Show Cause why the

complaint should not be dismissed (Doc. No. 216), and the Court having considered the moving

papers and the arguments presented at the hearing on October 16, 2015, and for the reasons

expressed on the record;

      **IT IS HEREBY ORDERED** that Plaintiffs' Complaint is **DISMISSED** for lack of

subject matter jurisdiction;

      **IT IS HEREBY FURTHER ORDERED** that Defendants' motions for leave to file

motion for partial summary judgment (Doc. Nos. 199 and 200) are **DENIED AS MOOT**.

Dated:   __10/16/2015__                                    s/ Robert B. Kugler

                                                 ROBERT B. KUGLER

                                                 United States District Judge