NOT FOR PUBLICATION                                         (Doc. No. 115)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| _____ | : | |
| IN RE: PAULSBORO DERAILMENT | : | Master Docket No. 13–0784 |
| CASES | : | |
| | : | Civil No. 13–2358 (RBK/KMW) |
| Karen ARMISTEAD, individually and | : | |
| as guardian ad litem for A.B., | : | **ORDER** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CONSOLIDATED RAIL | : | |
| CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**KUGLER**, United States District Judge:

     **THIS MATTER** having come before the Court upon its Order to Show Cause why the complaint should not be dismissed (Doc. No. 115), and the Court having considered the moving papers and the arguments presented at the hearing on October 16, 2015, and for the reasons expressed on the record;

     **IT IS HEREBY ORDERED** that Plaintiffs' Complaint is **DISMISSED** for lack of subject matter jurisdiction.


Dated:   10/16/2015                                        s/ Robert B. Kugler

                                                                 ROBERT B. KUGLER

                                                                 United States District Judge