NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: PAULSBORO DERAILMENT CASES | : | Master Docket No. 13–0784 (RBK/KMW) |
| Bryan EVERINGHAM, et al., | : | Civil No. 13–3350 (Doc. No. 167) |
| Ryan RAGONE, et al., & | : | Civil No. 13–7410 (Doc. No. 138) |
| Marlo JOHNSON, | : | Civil No. 13–4569 (Doc. No. 148) |
| Plaintiffs, | : | **ORDER** |
| v. | : | |
| CONSOLIDATED RAIL CORPORATION, et al., | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs' motions to extend the time to file their appeals, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff Bryan Everingham's motion for an extension (Civil No. 13–3350, Doc. No. 167) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff Ryan Ragone's motion for an extension (Civil No. 13–7410, Doc. No. 138) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff Marlo Johnson's motion for an extension (Civil No. 13–4569, Doc. No. 148) is **DENIED**.

1

2

Dated:   11/23/2015                                                                                      s/ Robert B. Kugler

                                                                                                             ROBERT B. KUGLER

                                                                                                             United States District Judge