NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

---

|  |  |  |
|---|---|---|
| | : | |
| IN RE: PAULSBORO DERAILMENT | : | Master Docket No. 13–0784 (RBK/KMW) |
| CASES | : | (Doc. No. 988, 993, 994 & 997) |
| | : | Civil No. 13–3244 (*Morris*) |
| | : | (Doc. Nos. 168 & 169) |
| | : | Civil No. 12–7468 (*Breeman*) |
| | : | (Doc. No. 223) |
| | : | Civil No. 13–2358 (*Armistead*) |
| | : | (Doc. No. 122) |
| | : | Civil No. 13–3350 (*Everingham*) |
| | : | (Doc. No. 190) |
| | : | Civil No. 13–4709 (*Daniels*) |
| | : | (Doc. No. 99) |
| | : | Civil No. 13–7410 (*Smith*) |
| | : | (Doc. No. 176) |
| | : | Civil No. 14–7356 (*Abate*) |
| | : | (Doc. No. 90) |
| | : | |
| | : | **ORDER** |
| | : | |

---

**KUGLER**, United States District Judge:

THIS MATTER having come before the Court upon Plaintiffs' motions for relief under Rule 59(e) and Rule 60(b) and for Rule 37 sanctions, and the Court having considered the moving papers and the arguments raised by the parties at the December 16, 2015 hearing, and for the reasons expressed on the record;

IT IS HEREBY ORDERED that Plaintiffs Ronald Morris and Kristen Pickel's Motion for Rule 60(b) relief (Civil No. 13–0784, Doc. No. 988; Civil No. 13–3244, Doc. No. 168) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs Ronald Morris and Kristen Pickel's Motion for Rule 37 sanctions (Civil No. 13–0784, Doc. No. 993; Civil No. 13–3244, Doc. No. 169) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs Alice Breeman and Savannah Breeman-Rodgers's Motion for Rule 60(b) relief and for Rule 59(e) relief (Civil No. 13–0784, Doc. No. 994; Civil No. 12–7468, Doc. No. 223) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that the motions for Rule 60(b) and Rule 59(e) relief made by the plaintiffs in *Everingham* (Civil No. 13–3350, Doc. No. 190), *Daniels* (Civil No. 13–4709, Doc. No. 99), *Smith* (Civil No. 13–7410, Doc. No. 176), and *Abate* (Civil No. 14–7356, Doc. No. 90) are **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff Karen Armistead's Motion for Rule 59(e) relief (Civil No. 13–0784, Doc. No. 997; Civil No. 13–2358, Doc. No. 122) is **DENIED**.

Dated:    12/16/2015                                                      s/ Robert B. Kugler

                                                                              ROBERT B. KUGLER

                                                                              United States District Judge

2