UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| **IN RE**<br>**PAULSBORO DERAILMENT CASES** | : : : : : | **MASTER DOCKET NO.:**<br>**13-CV-784 (RBK/KMW)** |
| **RONALD MORRIS & KRISTEN PICKEL**<br>(husband and wife)<br><br>Plaintiffs,<br><br>vs.<br><br>**CONSOLIDATED RAIL CORPORATION**, *et al.*,<br><br>Defendants. | : : : : : : : : : : : | **CASE NO. 1:13-CV-3244 (RBK/KMW)**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION TO STAY REVIEW AND TAXATION OF COSTS**
**PENDING RESOLUTION OF APPEAL AND CROSS-APPEAL**

Defendant, Consolidated Rail Corporation, ("Defendant") and Plaintiff, Ronald Morris ("Plaintiff") hereby stipulate that the review and taxation of costs be stayed until final disposition of the appeal and cross-appeal of the underlying judgment to the United States Court of Appeals for the Third Circuit.

| | |
|---|---|
| **BURNS WHITE LLC** | **CEDAR LAW FIRM LLC**. |
| /s/ Brian D. Pagano | Consented to by Attorney David M. Cedar |
| Attorney for Defendant | Attorney for Plaintiffs |
| Date:  March 13, 2017 | Date:  March 7, 2017 |
| | |
| | **BY THE COURT:** |
| | |
| | _____ |