NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: PAULSBORO DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW) |
| John CARELLI, | Civil No. 15-7848 |
| Plaintiff(s), | |
| v. | **Order** |
| CONSOLIDATED RAIL CORPORATION, et al., | |
| Defendant(s). | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon its own motion; and

**IT APPEARING TO THE COURT** that the Court directed Plaintiff to pay a new filing fee within fourteen days in an Order entered November 3, 2015 (Doc. No. 1); and

**IT FURTHER APPEARING TO THE COURT** that Plaintiff did not pay a new filing fee within fourteen days or otherwise take any action in the case; and

**THE COURT NOTING** that "[a] District Court has the authority to dismiss a suit sua sponte for failure to prosecute by virtue of its inherent powers and pursuant to Federal Rule of Civil Procedure 41(b)," *Iseley v. Bitner*, 216 F. App'x 252, 254–55 (3d Cir. 2007) (per curiam) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962));

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**; and

1

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE**.

Dated:   5/12/2017                                                    s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                    United State District Judge