UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 15-4039, 16-1654, 16-1655
_____

IN RE: PAULSBORO DERAILMENT CASES

ALICE BREEMAN, S.B.-R., A.B.-R. AND H.B.-R.,
        Appellants in 15-4039
   BRYAN EVERINGHAM,
        Appellant in 16-1654
    RYAN RAGONE,
        Appellant in 16-1655
_____

On Appeal from the United States District Court
for the District of New Jersey
(D. N.J. Nos. 1-12-cv-07468, 1-13-cv-00784, 1-13-cv-03350,
1-13-cv-07410)
District Judge:  Honorable Robert B. Kugler
_____

Argued
December 6, 2016

Before:  FISHER[*], KRAUSE and MELLOY[**], *Circuit Judges*.
_____

JUDGMENT
_____

---

[*] Honorable D. Michael Fisher, United States Circuit Judge for the Third Circuit, assumed senior status on February 1, 2017.
[**] Honorable Michael J. Melloy, Senior Circuit Judge, United States Court of Appeals for the Eighth Circuit, sitting by designation.

      This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on December 6, 2016.  On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the appeals in Case Nos. 15-4039, 16-1654, and 16-1655 are dismissed without prejudice for lack of subject matter jurisdiction.  All of the above in accordance with the opinion of this Court.

      Costs shall not be taxed.

                                  ATTEST:

                                  s/Marcia M. Waldron

Dated: August 28, 2017              Clerk