UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 16-3172 & 16-3263

———————

IN RE: PAULSBORO DERAILMENT CASES

Ronald J. Morris and Kristen Pickel,
Appellants in No. 16-3172

Consolidated Rail Corporation,
Appellants in No. 16-3263

———————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Nos. 1-13-cv-00784 & 1-13-cv-03244)
District Judge: Hon. Robert B. Kugler

———————

Submitted Under Third Circuit L.A.R. 34.1(a)
April 13, 2018

———————

Before:  CHAGARES, VANASKIE, *Circuit Judges*, and BOLTON, *District Judge**

———————

JUDGMENT

———————

This cause came on to be considered on the record from the United States District

Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R.

34.1(a) on April 13, 2018.

———————

* The Honorable Susan R. Bolton, Senior United States District Judge for the
District of Arizona, sitting by designation.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered February 3, 2016 and the Order of the District Court entered June 20, 2016 are hereby AFFIRMED.  Costs taxed against Appellant.  All of the above in accordance with the Opinion of this Court.


ATTEST:


s/Patricia S. Dodszuweit

Dated:  August 15, 2018          Clerk